**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BEVERLY LECH,

     Plaintiff,

v.                                               Case No: 8:19-cv-871-T-36AEP

NATIONAL GENERAL INSURANCE
COMPANY,

     Defendant.
_____/

## O R D E R

This matter comes before the Court upon the parties' Agreed Motion to Submit Case to Mediation and Binding Arbitration (Doc. 12), filed on June 7, 2019. The parties request that the Court order them to participate in mediation and arbitration pursuant to a Mediation-Arbitration Agreement (the "Agreement"). The Agreement requires the parties to submit any controversy or claims arising out of or relating to Plaintiff's employment with Defendant or the termination of that relationship to non-binding mediation before a third-party neutral and (if necessary) for final and binding resolution before an arbitrator. The parties have agreed to submit to mediation and arbitration in accordance with the Agreement. The Court, having considered the motion and being fully advised in the premises, will grant the Agreed Motion to Submit Case to Mediation and Binding Arbitration. Accordingly, it is hereby

     **ORDERED**:

     1.    The Agreed Motion to Submit Case to Mediation and Binding Arbitration (Doc. 12) is **GRANTED**.

2.     Plaintiff, Beverly Lech, is compelled to mediate and arbitrate her claims against Defendant, National General Insurance Company, pursuant to the parties' Mediation-Arbitration Agreement.

3.     This case is **STAYED** pending the mediation and arbitration of Plaintiff's claims against Defendant.

4.     The parties shall file a notice informing the Court that the mediation and arbitration has been concluded, or that their dispute has otherwise been resolved, within ten days of either of such events.

5.     The Clerk is directed to terminate all pending motions and deadlines and administratively close this file.

**DONE AND ORDERED** in Tampa, Florida on June 11, 2019.

Charlene Edwards Honeywell
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:

Counsel of Record